UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BVP VENTURES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:17-CV-0111-G |
| OHIO SECURITY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

The parties' joint motion to dismiss with prejudice (docket entry 17) is **GRANTED**.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that all claims that have been and/or could have been asserted in the above-styled lawsuit by plaintiff BVP Ventures LLC against defendant Ohio Security Insurance Company are hereby **DISMISSED** with prejudice to the re-filing of same, with costs of court to be taxed against the party incurring the same. All relief not expressly granted herein is **DENIED**.

May 3, 2017.

_A. Joe Fish_
**A. JOE FISH**
**Senior United States District Judge**